

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MELANEE SMITH
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
Skyler.pearson@usdoj.gov
*Attorneys for the United States of America*

FILED.

DATED: 2:14 pm, August 09, 2024

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX EVANS,<br><br>Defendant. | Case No. 2:24-mj-00708-DJA<br><br>**Motion to Seal**<br><br>**(Under Seal)** |

### GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT

### (Filed Under Seal)

The government respectfully moves for an Order sealing the Complaint in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise. The Complaint charges defendant with various crimes related to threats he has communicated via email and other means indicating he is going to harm people and blow up government buildings.

Sealing is appropriate in this case because if the perpetrator of the crimes described in the Affidavit supporting the Complaint was to discover that law enforcement officers would soon be coming to arrest him, it could give the target an opportunity to flee/continue flight

from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, put the lives of law enforcement in danger, or otherwise seriously jeopardize the investigation. Specifically, in this case the target of the investigation has made numerous threats to harm individuals working for the Department of Veterans Affairs. If he were to be made aware ahead of time that law enforcement would soon be coming to arrest him, he could prepare ahead of time to implement his plans sooner and/or ambush law enforcement.

Accordingly, the prejudicial consequences of disclosure far outweighs the public's interest.

DATED this 9th day of August 2024.

    Respectfully submitted,
    JASON M. FRIERSON
    United States Attorney

    */s/ Skyler H. Pearson*
    SKYLER H. PEARSON
    Assistant United States Attorney

FILED.
DATED: 2:14 pm, August 09, 2024

U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX EVANS,

        Defendant.

Case No. 2:24-mj-00708-DJA

**ORDER**

**(Filed Under Seal)**

    Based on the pending Application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Affidavit and Complaint, the Government's Application, and this Court's Sealing Order in the above-captioned matters shall be sealed until further Order of the Court.

    DATED this __9th__ day of August 2024.



THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE