JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MELANEE SMITH
SKYLER H. PEARSON
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
Skyler.Pearson@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX EVANS

        Defendant.

Case No. 2:24-mj-00708-DJA

**STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO INDICT**

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and SKYLER H. PEARSON, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KEISHA MATTHEWS, Assistant Federal Public Defender, counsel for ALEX EVANS, that the time for the United States to indict Mr. Evans be extended by two weeks from November 13, 2024, until **November 27, 2024**.

This Stipulation is entered into for the following reasons:

1. On October 28, 2024, the Court held a preliminary hearing. *See* ECF No 28.

2. The Court found probable cause and ordered the government to file an indictment no later than November 13, 2024 (ECF No. 28).

3. Since the date of the preliminary hearing the parties have diligently worked towards an agreeable resolution of this case including the exchanging of offers and counteroffers.

4. The undersigned counsel believe an agreeable resolution is close.

5. However, decision makers at the United States Attorney's Office need additional time to work through the issues presented by this unique case and its possible resolution.

6. Travel plans by personnel at the USAO and the Department of Veterans' Affairs have further complicated completing any possible resolution in the amount of time provided.

7. Thus, the parties seek this additional time not for purposes of delay, but merely to allow sufficient time to complete necessary research and to continue pre-indictment negotiations.

Accordingly, the parties request that the time for the United States to file an indictment be extended 14 days from November 13, 2024, until November 27, 2024.

Dated this 8th day of November 2024

| | |
|---|---|
| *RENE L. VALLADARES*<br>Federal Public Defender | *JASON M. FRIERSON*<br>United States Attorney |
| By:/s/ *Keisha Matthews*<br>KEISHA MATTHEWS<br>Assistant Federal Public Defender<br>for ALEX EVANS | By:/s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney Counsel<br>Counsel for the Government |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ALEX EVANS<br><br>             Defendant. | Case No. 2:24-mj-00708-DJA<br><br>**ORDER** |

   IT IS THEREFOR ORDERED that the time for the United States to indict Mr. Evans be extended by two weeks from November 13, 2024, until **November 27, 2024**.

DATED this 8th day of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3